# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3000 E. IMPERIAL, LLC, | CV 08-3985 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| ROBERTSHAW CONTROLS COMPANY, et al. | |
| Defendants. | |

In accordance with the Court's order of March 29, 2010 granting Robertshaw Controls Company's ("Robertshaw") Motion for Certification of Final Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that there is no just reason for delay of entry of final judgment as to Robertshaw.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court's order of February 1, 2010 granting the Motion for Approval of Settlement and Issuance of Bar Order is certified as a final judgment as to Robertshaw pursuant to Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED: March 29, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE