JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3000 E. IMPERIAL LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERTSHAW CONTROLS COMPANY, et al.<br><br>          Defendants,<br><br>AND RELATED COUNTER AND CROSS ACTIONS. | No.   CV 08-3985 PA (Ex)<br><br>AMENDED JUDGMENT |

In accordance with the Court's Minute Order dated March 14, 2011 granting Plaintiff's Motion to Amend Judgment it is now ORDERED, ADJUDGED, and DECREED that the Court's Judgment of December 29, 2010 is amended as follows:

In accordance with the Court's Order dated November 19, 2009 granting defendant Deskmakers, Inc.'s Motion for Summary Judgment; the Court's Order dated February 1, 2010 granting the Motion for Approval of Settlement and Issuance of Bar Order filed by defendants Robertshaw Controls Company, Kold Industries, Inc., Gold Realty Company, and Lynwood Imperial, LLC; the Court's Order dated March 29, 2010 granting defendant Robertshaw Controls Company's Motion for Certification of Final Judgment and

accompanying Judgment; the Court's Order dated December 29, 2010 dismissing state law claims by plaintiff 3000 E. Imperial, LLC and defendant Whittaker Corporation; and the Court's Findings of Fact and Conclusions of Law dated December 29, 2010, there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Judgment shall be entered in favor of plaintiff 3000 E. Imperial, LLC ("Plaintiff") on its claim under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601, et seq. against defendant Whittaker Corporation ("Whittaker") in the amount of $1,234,457.61 plus $66,700.78 of prejudgment interest, for a total of $1,301,158.39;

2. Plaintiff shall take nothing on its claim against Whittaker under the Resource Conservation and Recovery Act, 42 U.S.C. § 6972(a);

3. Whittaker shall take nothing on its claim under CERCLA against Plaintiff;

4. Defendant Deskmakers, Inc. shall have judgment in its favor against Plaintiff, Whittaker, Lynwood Imperial, LLC, Gold Realty Company, and Robertshaw Controls Company.

5. Plaintiff and Deskmakers, Inc. shall have their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: April 7, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE